# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **VERNON DALE HALE,** | ) |
| *Plaintiff,* | ) |
| vs. | ) Case No. 2:22-cv-00025 |
| **LYNN SHRUM, dba SMITH COUNTY MISDEMEANOR PROBATION,** | ) JUDGE CRENSHAW<br>) MAGISTRATE JUDGE NEWBERN |
| **SMITH COUNTY, TENNESSEE** | ) JURY DEMAND |
| **JENNA MENESS, individually and dba SMITH COUNTY MISDEMEANOR PROBATION** | ) |
| *Defendants.* | ) |

## JOINT CASE RESOLUTION REPORT

Pursuant to the Initial Case Management Order in this case (D.E. 22), the parties submit this joint case resolution report. To date, the parties have not resolved the case.

Plaintiff, Defendant Smith County, and Defendant Lynn Shrum, dba Smith County Misdemeanor Probation are currently in the process of exchanging written discovery and hope to have a better idea of their positions and possible settlement options upon completion of written discovery. No demand or offer has been made to date; however, a demand is forthcoming not later than January 27, 2023.

Defendant Meness has failed to participate in this litigation in any manner.

Respectfully submitted,

ROBIN MOORE & ASSOCIATES, PLLC

/s/ Robin C. Moore
Robin C. Moore, BPR #32995
220 Main Street North
PO Box 182
Carthage, TN 37030
P:  615-735-1100
F:  615-735-2598
robin@robinmoorelaw.com
*Counsel for Plaintiff*


FARRAR & BATES, LLP

/s/ Robyn Beale Williams
Robyn Beale Williams
Laura Adams Hight
12 Cadillac Drive, Suite 480
Brentwood, TN 37207
Phone: 615-254-3060
Fax: 615-254-9835
robyn.williams@farrar-bates.com
laura.hight@farrar-bates.com
*Counsel for Defendant Smith County*


TUNE, ENTREKIN & WHITE, P.C.

/s/ Samuel J. Blanton
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
Phone: (615) 244-2770
Fax: (615) 244-2778
sjblanton@tewlawfirm.com
*Counsel for Defendant Shrum*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 24th day of January, 2023, a true and correct copy of the foregoing has been forwarded via email and/or the Court's electronic filing system to:

Robyn Beale Williams
Laura Adams Hight
Farrar & Bates, LLP
12 Cadillac Drive, Suite 480
Brentwood, TN 37207
Phone: 615-254-3060
Fax: 615-254-9835
robyn.williams@farrar-bates.com
laura.hight@farrar-bates.com
*Counsel for Defendant Smith County*

Samuel J. Blanton
Tune, Entrekin & White, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
Phone: (615) 244-2770
Fax: (615) 244-2778
sjblanton@tewlawfirm.com
*Counsel for Defendant Shrum*

and via U.S. Mail, postage prepaid, to:

Jenna Meness
164 Union Academy Road
Livingston, TN  38570
*Defendant*

        /s/ Robin C. Moore
        Robin C. Moore, BPR #32995