# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VERNON DALE HALE, | ) |
| Plaintiff, | ) |
| v. | ) Docket No.: 2:22-cv-00025 |
| LYNN SHRUM, dba SMITH COUNTY MISDEMEANOR PROBATION, | ) JUDGE CRENSHAW/ MAGISTRATE JUDGE NEWBERN |
| SMITH COUNTY, TENNESSEE | ) JURY DEMAND |
| JENNA MENESS, individually and dba SMITH COUNTY MISDEMEANOR PROBATION, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by and through counsel, hereby give notice and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to stipulate to the dismissal of this action in its entirety **with prejudice**.

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
Laura Adams Hight, BPR #031942
**FARRAR & BATES, LLP**
12 Cadillac Drive, Suite 480
Brentwood, TN 37207
Phone: (615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
laura.hight@farrar-bates.com
*Counsel for Defendant Smith County*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 19th day of May, 2023, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

Robin Celeste Moore, BPR #32995
220 Main Street North
P.O. Box 182
Carthage, TN  37030
Phone: 615-735-1100
Fax: 615-735-2598
robin@robinmoorelaw.com
*Counsel for Plaintiff*

Samuel J. Blanton
Tune, Entrekin & White, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
Phone: (615) 244-2770
Fax: (615) 244-2778
sjblanton@tewlawfirm.com
*Counsel for Defendant Shrum*

and via U.S. Mail, postage prepaid, to:

Jenna Meness
164 Union Academy Road
Livingston, TN  38570
*Defendant*

> */s/ Robyn Beale Williams*
> Robyn Beale Williams