UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VERNON DALE HALE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00025 ) |
| LYNN SHRUM d/b/a SMITH COUNTY MISDEMEANOR PROBATION, SMITH COUNTY, TENNESSEE, and JENNA MENESS, individually and d/b/a SMITH COUNTY MISDEMEANOR PROBATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal (Doc. No. 32), this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file. Any pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE